UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO ORTIZ,

    Defendant.

Case No. 25-CR-**25-CR-100**

[18 U.S.C. §§ 1591 & 2422(b)]

**Green Bay Division**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 12, 2025, in the State and Eastern District of Wisconsin,

**RICARDO ORTIZ,**

in and affecting interstate commerce, did knowingly recruit, entice, obtain, maintain, patronize, and solicit JV-1, having had a reasonable opportunity to observe JV-1, and knowing and in reckless disregard of the fact that JV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1591(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 24, 2025, in the State and Eastern District of Wisconsin,

**RICARDO ORTIZ,**

in and affecting interstate commerce, did knowingly recruit, entice, obtain, maintain, patronize, and solicit JV-1, having had a reasonable opportunity to observe JV-1, and knowing and in reckless disregard of the fact that JV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1591(c).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 8, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**RICARDO ORTIZ,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce a person who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, Exposing Genitals or Pubic Area, contrary to Wisconsin Statute § 948.10(1)(a).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

███████████████████████

F█████████████████████

Dated: 5/20/2025

_/s/ Richard G. Frohling_
RICHARD G. FROHLING
Acting United States Attorney